# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130418

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re CONTEMPT of DEMETRIA BRUE,

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff,

and

THIRD CIRCUIT JUDGE,
      Plaintiff-Appellee,

v

STEVEN PIRRONE,
      Defendant,

and

DEMETRIA BRUE,
      Defendant-Appellant.

_____/

SC: 130418
COA: 254716
Wayne CC: 03-012139

On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724